OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed for the reasons stated in the opinion by Presiding Justice Milton Mollen at the Appellate Division. In addition we would note that we do not agree with the defendant that every error which improperly curtails a defendant’s right to cross-examine a prosecution witness with respect to prior criminal acts is per se reversible error. That would be particularly inappropriate in cases such as this, where the witnesses’ prior criminal history was extensively explored on cross-examination although not totally or definitively set forth as the defendant may have wished.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.